IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ROBERT CALDERON, §
§
§
Plaintiff, § CIVIL ACTION NO. 3:14-CV-346
VS. §
§
CASSANDRA LOPEZ, *et al.*, §
§
Defendants. §

## <u>ORDER OF DISMISSAL</u>

Robert Calderon has filed a complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. However, Calderon has failed to state a cognizable claim. The Court issued a show cause order in which it ordered Calderon to state his claims in more detail (Dkt. 8). Calderon never responded and has not otherwise contacted the Court. The Court's show cause order was returned as undeliverable (Dkt. 9).

A court may dismiss an action *sua sponte* for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031–32 (5th Cir. 1998). "This authority flows from the Court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626 (1962)). Calderon has not complied with the Court's show cause order, and he has not shown any desire to continue pursuing this case.

1

Based on the foregoing, the Court **ORDERS** as follows:

1.      This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with the Court's order to show cause.

2.      Any pending motions are **DENIED** as moot.

This is a **FINAL JUDGMENT**.

The Clerk is directed to provide a copy of this order to the parties.

SIGNED at Galveston, Texas on _____November 29_____, 2017.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE